STATE of Missouri, Respondent,

v.

Harold MORSE, Appellant.

No. ED 98741.

Missouri Court of Appeals, Eastern District, Division Five.

Nov. 12, 2013.

Emmett D. Queener, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Daniel N. McPherson, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before ROBERT M. CLAYTON III, C.J., ROY L. RICHTER, J., and KURT S. ODENWALD, J.

*ORDER*

PER CURIAM.

Harold Morse appeals the judgment entered upon a jury's verdict convicting him of one count of concealing a prohibited article in a correctional facility. We find the trial court did not err in admitting testimony about the statement Morse made claiming ownership of the weapon found in his cell. Additionally, we find the trial court did not err in conducting voir dire. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision.

witness's testimony when considered with the    other evidence presented in the case. *Id.*

The judgment of the trial court is affirmed under Rule 30.25(b).